Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−22847−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Quong Yuen
   aka William Q. Yuen
   49 Angela Cir
   Hazlet, NJ 07730−2451

Social Security No.:
   xxx−xx−9058

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on November 19, 2020 and a confirmation hearing on such Plan has been scheduled for February 10, 2021.

The debtor filed a Modified Plan on February 7, 2021 and a confirmation hearing on the Modified Plan is scheduled for March 10, 2021 at 10:0am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 8, 2021
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William Quong Yuen  
    Debtor

Case No. 20-22847-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 08, 2021      Form ID: 186      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Quong Yuen, 49 Angela Cir, Hazlet, NJ 07730-2451 |
| cr | + | New Residential Mortgage, LLC c/o Shellpoint Mortg, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519026144 | | AMERICAN EXPRESS, c/o BECKET & LEE, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519038579 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519026145 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519026147 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO Box 15102, Wilmington, DE 19886-5102 |
| 519026146 | | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519044911 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519026148 | | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519045478 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519026149 | | Citibank, NA, 6716 Grade Ln, Louisville, KY 40213-3410 |
| 519026151 | | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519026155 | | FIRST NATIONAL BANK OMAHA, 1620 Dodge St Stop CODE3105, Omaha, NE 68197-0003 |
| 519026154 | | First National Bank, Attn: Bankruptcy, 1620 Dodge St # MSC 4440, Omaha, NE 68197-0003 |
| 519026156 | | Guaranteed Rate/dovenm, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 519026157 | | In Charge Debt Solutions, PO Box 863252, Orlando, FL 32886-3252 |
| 519026158 | | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519059398 | | New Residential Mortgage, LLC, c/o NewRez LLC dba Shellpoint Mortgage S, Bankruptcy Department; PO Box 10826, Greenville, SC 29603-0826 |
| 519026164 | | SHELLPOINT MORTGAGE SERVICING, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 519042783 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519026171 | | Willard Geller PC Law Firm, 3260 NJ-27, Kendall Park, NJ 08824 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519026148 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 22:55:56 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519045478 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 23:05:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519026149 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 23:03:13 | Citibank, NA, 6716 Grade Ln, Louisville, KY 40213-3410 |
| 519026150 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2021 20:50:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519026152 | | Email/Text: mrdiscen@discover.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 186 | Total Noticed: 42 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519026153 | | Email/Text: mrdiscen@discover.com | Feb 08 2021 20:50:00 | DISCOVER BANK, PO Box 3025, New Albany, OH 43054-3025 |
| | | | Feb 08 2021 20:50:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 519026159 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2021 23:02:52 | LVNV FUNDING LLC, c/o RESURGENT CAPITAL SERVICES, PO Box 10587, Greenville, SC 29603-0587 |
| 519031756 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2021 22:56:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519026161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | PORTFOLIO RECOVERY ASSOCIATES, PAYPAL SMART CONNECT, PO Box 12914, Norfolk, VA 23541-0914 |
| 519026160 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | PORTFOLIO RECOVERY ASSOCIATES, PO Box 12914, Norfolk, VA 23541-0914 |
| 519067111 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 519065412 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | Portfolio Recovery Associates, LLC, c/o Paypal Smart Connect, POB 41067, Norfolk VA 23541 |
| 519026162 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2021 20:51:00 | QUANTUM3 GROUP LLC, AS AGENT FOR COMENITY BANK, PO Box 788, Kirkland, WA 98083-0788 |
| 519028924 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2021 20:51:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519026163 | + | Email/Text: Supportservices@receivablesperformance.com | Feb 08 2021 20:52:00 | Receivables Performance Mgmt, Attn: Bankruptcy, PO Box 1548, Lynnwood, WA 98046-1548 |
| 519026986 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 23:02:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519026165 | | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 23:05:44 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519026166 | | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 23:02:14 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519026167 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 08 2021 23:05:58 | T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 519035690 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 08 2021 23:05:58 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519076463 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 08 2021 23:05:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519026170 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 08 2021 23:05:58 | Verizon by American InfoSource as A, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519055200 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519026168 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US BANK, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519026169 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Edward Hanratty | on behalf of Debtor William Quong Yuen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Robert P. Saltzman | on behalf of Creditor New Residential Mortgage LLC c/o Shellpoint Mortgage Servicing dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4