Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−22847−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Quong Yuen
   aka William Q. Yuen
   49 Angela Cir
   Hazlet, NJ 07730−2451

Social Security No.:
   xxx−xx−9058

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 12, 2021.

Dated: March 12, 2021
JAN: wir

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William Quong Yuen  
    Debtor

Case No. 20-22847-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 12, 2021      Form ID: plncf13      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Quong Yuen, 49 Angela Cir, Hazlet, NJ 07730-2451 |
| cr | + | New Residential Mortgage, LLC c/o Shellpoint Mortg, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519026144 | | AMERICAN EXPRESS, c/o BECKET & LEE, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519038579 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519026145 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519026147 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO Box 15102, Wilmington, DE 19886-5102 |
| 519026146 | | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519044911 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519026151 | | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519026155 | | FIRST NATIONAL BANK OMAHA, 1620 Dodge St Stop CODE3105, Omaha, NE 68197-0003 |
| 519026154 | | First National Bank, Attn: Bankruptcy, 1620 Dodge St # MSC 4440, Omaha, NE 68197-0003 |
| 519026156 | | Guaranteed Rate/dovenm, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 519026157 | | In Charge Debt Solutions, PO Box 863252, Orlando, FL 32886-3252 |
| 519026158 | | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519059398 | | New Residential Mortgage, LLC, c/o NewRez LLC dba Shellpoint Mortgage S, Bankruptcy Department; PO Box 10826, Greenville, SC 29603-0826 |
| 519026164 | | SHELLPOINT MORTGAGE SERVICING, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 519042783 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519055200 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519026168 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519026169 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519026171 | | Willard Geller PC Law Firm, 3260 NJ-27, Kendall Park, NJ 08824 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519026148 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 23:19:29 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519045478 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 23:19:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519026149 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 23:19:28 | Citibank, NA, 6716 Grade Ln, Louisville, KY 40213-3410 |
| 519026150 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 21:20:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, |

Case 20-22847-MBK    Doc 62    Filed 03/14/21    Entered 03/15/21 01:19:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2021 | Form ID: plncf13 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| | | | PO Box 182125, Columbus, OH 43218-2125 |
| 519026152 | Email/Text: mrdiscen@discover.com | Mar 12 2021 21:19:00 | DISCOVER BANK, PO Box 3025, New Albany, OH 43054-3025 |
| 519026153 | Email/Text: mrdiscen@discover.com | Mar 12 2021 21:19:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 519026159 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 23:17:32 | LVNV FUNDING LLC, c/o RESURGENT CAPITAL SERVICES, PO Box 10587, Greenville, SC 29603-0587 |
| 519031756 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 23:17:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519026161 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 23:17:28 | PORTFOLIO RECOVERY ASSOCIATES, PAYPAL SMART CONNECT, PO Box 12914, Norfolk, VA 23541-0914 |
| 519026160 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 23:21:07 | PORTFOLIO RECOVERY ASSOCIATES, PO Box 12914, Norfolk, VA 23541-0914 |
| 519067111 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 23:21:07 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 519065412 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 23:21:07 | Portfolio Recovery Associates, LLC, c/o Paypal Smart Connect, POB 41067, Norfolk VA 23541 |
| 519026162 | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2021 21:20:00 | QUANTUM3 GROUP LLC, AS AGENT FOR COMENITY BANK, PO Box 788, Kirkland, WA 98083-0788 |
| 519028924 | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2021 21:20:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519026163 | + Email/Text: Supportservices@receivablesperformance.com | Mar 12 2021 21:22:00 | Receivables Performance Mgmt, Attn: Bankruptcy, PO Box 1548, Lynnwood, WA 98046-1548 |
| 519026986 | + Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 23:17:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519026165 | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 23:20:57 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519026166 | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 23:17:18 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519026167 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 12 2021 23:17:35 | T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 519035690 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 12 2021 23:19:26 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519042783 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 12 2021 21:21:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519055200 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 12 2021 21:21:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519026168 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 12 2021 21:21:00 | US BANK, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519026169 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 12 2021 21:21:00 | US Bank/RMS CC, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519076463 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 12 2021 23:19:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519026170 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 12 2021 23:19:26 | Verizon by American InfoSource as A, PO Box 4457, Houston, TX 77210-4457 |

Case 20-22847-MBK    Doc 62    Filed 03/14/21    Entered 03/15/21 01:19:43    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 12, 2021 | Form ID: plncf13 | Total Noticed: 45 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2021                                    Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

**Name**             **Email Address**

Albert Russo

                     docs@russotrustee.com

Denise E. Carlon

                     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon

                     on behalf of Creditor New Residential Mortgage  LLC c/o Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Edward Hanratty

                     on behalf of Debtor William Quong Yuen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Robert P. Saltzman

                     on behalf of Creditor New Residential Mortgage  LLC c/o Shellpoint Mortgage Servicing dnj@pbslaw.org

U.S. Trustee

                     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6