Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  20−22847−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Quong Yuen
   aka William Q. Yuen
   49 Angela Cir
   Hazlet, NJ 07730−2451

Social Security No.:
   xxx−xx−9058

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      7/14/21
Time:      01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $1336.67

EXPENSES
expenses: $36.28

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 3, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William Quong Yuen  
    Debtor

Case No. 20-22847-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 03, 2021      Form ID: 137      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Quong Yuen, 49 Angela Cir, Hazlet, NJ 07730-2451 |
| cr | + | New Residential Mortgage, LLC c/o Shellpoint Mortg, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519026144 | | AMERICAN EXPRESS, c/o BECKET & LEE, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519038579 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519026145 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519026147 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO Box 15102, Wilmington, DE 19886-5102 |
| 519026146 | | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519044911 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519026151 | | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519026155 | | FIRST NATIONAL BANK OMAHA, 1620 Dodge St Stop CODE3105, Omaha, NE 68197-0003 |
| 519026154 | | First National Bank, Attn: Bankruptcy, 1620 Dodge St # MSC 4440, Omaha, NE 68197-0003 |
| 519026156 | | Guaranteed Rate/dovenm, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 519026157 | | In Charge Debt Solutions, PO Box 863252, Orlando, FL 32886-3252 |
| 519026158 | | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519059398 | | New Residential Mortgage, LLC, c/o NewRez LLC dba Shellpoint Mortgage S, Bankruptcy Department; PO Box 10826, Greenville, SC 29603-0826 |
| 519026164 | | SHELLPOINT MORTGAGE SERVICING, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 519026171 | | Willard Geller PC Law Firm, 3260 NJ-27, Kendall Park, NJ 08824 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519026148 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 21:47:08 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519045478 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 21:46:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519026149 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 21:47:12 | Citibank, NA, 6716 Grade Ln, Louisville, KY 40213-3410 |
| 519026150 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2021 20:30:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519026152 | | Email/Text: mrdiscen@discover.com | Jun 03 2021 20:30:00 | DISCOVER BANK, PO Box 3025, New Albany, OH 43054-3025 |
| 519026153 | | Email/Text: mrdiscen@discover.com | Jun 03 2021 20:30:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 519026159 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 20-22847-MBK    Doc 65    Filed 06/05/21    Entered 06/06/21 00:17:32    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: 137 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519031756 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 21:46:05 | LVNV FUNDING LLC, c/o RESURGENT CAPITAL SERVICES, PO Box 10587, Greenville, SC 29603-0587 |
| 519026161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:47:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519026160 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:46:02 | PORTFOLIO RECOVERY ASSOCIATES, PAYPAL SMART CONNECT, PO Box 12914, Norfolk, VA 23541-0914 |
| 519067111 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:47:06 | PORTFOLIO RECOVERY ASSOCIATES, PO Box 12914, Norfolk, VA 23541-0914 |
| 519065412 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 21:47:06 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 519026162 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 21:47:06 | Portfolio Recovery Associates, LLC, c/o Paypal Smart Connect, POB 41067, Norfolk VA 23541 |
| 519028924 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 20:31:00 | QUANTUM3 GROUP LLC, AS AGENT FOR COMENITY BANK, PO Box 788, Kirkland, WA 98083-0788 |
| 519026163 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 03 2021 20:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519026986 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 20:31:00 | Receivables Performance Mgmt, Attn: Bankruptcy, PO Box 1548, Lynnwood, WA 98046-1548 |
| 519026165 | | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 21:45:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519026166 | | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 21:45:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519026167 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 03 2021 21:45:53 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519035690 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 03 2021 21:46:07 | T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 519042783 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2021 21:46:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519055200 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2021 20:31:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519026168 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2021 20:31:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519026169 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2021 20:31:00 | US BANK, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519076463 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 03 2021 20:31:00 | US Bank/RMS CC, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519026170 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 03 2021 21:47:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | Jun 03 2021 21:47:11 | Verizon by American InfoSource as A, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor New Residential Mortgage LLC c/o Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor William Quong Yuen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Robert P. Saltzman | on behalf of Creditor New Residential Mortgage LLC c/o Shellpoint Mortgage Servicing dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6