UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

William Quong Yuen

                                    Debtor(s)

Case No.: 20-22847 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1.  I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2.  On 9/26/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3.  I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  9/26/2021

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| William Quong Yuen<br>49 Angela Cir<br>Hazlet, NJ   07730-2451 | Debtor(s) | Regular Mail |
| Edward Hanratty, Esq.<br>80 Court St.<br>Freehold,  NJ   07728 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |