Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−22847−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Quong Yuen
aka William Q. Yuen
49 Angela Cir
Hazlet, NJ 07730−2451

Social Security No.:
xxx−xx−9058

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/30/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 30, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 20-22847-MBK

William Quong Yuen Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Sep 30, 2021 Form ID: 148 Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Quong Yuen, 49 Angela Cir, Hazlet, NJ 07730-2451 |
| cr | + | New Residential Mortgage, LLC c/o Shellpoint Mortg, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519044911 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519026151 | | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519026155 | | FIRST NATIONAL BANK OMAHA, 1620 Dodge St Stop CODE3105, Omaha, NE 68197-0003 |
| 519026154 | | First National Bank, Attn: Bankruptcy, 1620 Dodge St # MSC 4440, Omaha, NE 68197-0003 |
| 519026156 | | Guaranteed Rate/dovenm, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 519026157 | | In Charge Debt Solutions, PO Box 863252, Orlando, FL 32886-3252 |
| 519059398 | | New Residential Mortgage, LLC, c/o NewRez LLC dba Shellpoint Mortgage S, Bankruptcy Department; PO Box 10826, Greenville, SC 29603-0826 |
| 519026164 | | SHELLPOINT MORTGAGE SERVICING, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 519026171 | | Willard Geller PC Law Firm, 3260 NJ-27, Kendall Park, NJ 08824 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519026144 | | EDI: BECKLEE.COM | Oct 01 2021 00:33:00 | AMERICAN EXPRESS, c/o BECKET & LEE, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519038579 | | EDI: BECKLEE.COM | Oct 01 2021 00:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519026145 | | EDI: AMEREXPR.COM | Oct 01 2021 00:33:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519026147 | | EDI: BANKAMER2.COM | Oct 01 2021 00:33:00 | BANK OF AMERICA, PO Box 15102, Wilmington, DE 19886-5102 |
| 519026146 | | EDI: BANKAMER.COM | Oct 01 2021 00:33:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519026148 | | EDI: CITICORP.COM | Oct 01 2021 00:33:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519045478 | | EDI: CITICORP.COM | Oct 01 2021 00:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519026149 | | EDI: CITICORP.COM | Oct 01 2021 00:33:00 | Citibank, NA, 6716 Grade Ln, Louisville, KY 40213-3410 |
| 519026150 | | EDI: WFNNB.COM | Oct 01 2021 00:33:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519026152 | | EDI: DISCOVER.COM | Oct 01 2021 00:33:00 | DISCOVER BANK, PO Box 3025, New Albany, |

| | | | |
|---|---|---|---|
| | | | OH 43054-3025 |
| 519026153 | EDI: DISCOVER.COM | Oct 01 2021 00:33:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 519026158 | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 20:31:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519026159 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 20:38:22 | LVNV FUNDING LLC, c/o RESURGENT CAPITAL SERVICES, PO Box 10587, Greenville, SC 29603-0587 |
| 519031756 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 20:37:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519026161 | EDI: PRA.COM | Oct 01 2021 00:33:00 | PORTFOLIO RECOVERY ASSOCIATES, PAYPAL SMART CONNECT, PO Box 12914, Norfolk, VA 23541-0914 |
| 519026160 | EDI: PRA.COM | Oct 01 2021 00:33:00 | PORTFOLIO RECOVERY ASSOCIATES, PO Box 12914, Norfolk, VA 23541-0914 |
| 519067111 | EDI: PRA.COM | Oct 01 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 519065412 | EDI: PRA.COM | Oct 01 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Paypal Smart Connect, POB 41067, Norfolk VA 23541 |
| 519026162 | EDI: Q3G.COM | Oct 01 2021 00:33:00 | QUANTUM3 GROUP LLC, AS AGENT FOR COMENITY BANK, PO Box 788, Kirkland, WA 98083-0788 |
| 519028924 | EDI: Q3G.COM | Oct 01 2021 00:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519026163 | + Email/Text: Supportservices@receivablesperformance.com | Sep 30 2021 20:31:00 | Receivables Performance Mgmt, Attn: Bankruptcy, PO Box 1548, Lynnwood, WA 98046-1548 |
| 519026986 | + EDI: RMSC.COM | Oct 01 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519026165 | EDI: RMSC.COM | Oct 01 2021 00:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519026166 | EDI: RMSC.COM | Oct 01 2021 00:33:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519026167 | EDI: AIS.COM | Oct 01 2021 00:33:00 | T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 519035690 | + EDI: AIS.COM | Oct 01 2021 00:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519042783 | EDI: USBANKARS.COM | Oct 01 2021 00:33:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519055200 | EDI: USBANKARS.COM | Oct 01 2021 00:33:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519026168 | EDI: USBANKARS.COM | Oct 01 2021 00:33:00 | US BANK, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519026169 | EDI: USBANKARS.COM | Oct 01 2021 00:33:00 | US Bank/RMS CC, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519076463 | + EDI: AIS.COM | Oct 01 2021 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519026170 | EDI: AIS.COM | Oct 01 2021 00:33:00 | Verizon by American InfoSource as A, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor New Residential Mortgage LLC c/o Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor William Quong Yuen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Robert P. Saltzman | on behalf of Creditor New Residential Mortgage LLC c/o Shellpoint Mortgage Servicing dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6